## CONE *v.* CONE.

Actual imprisonment in the state prison under a sentence for more than a year is a cause of divorce, not suspended by a bill of exceptions on which the conviction may be reversed.

LIBEL, for divorce. The cause alleged and proved was the defendant's actual imprisonment in the state prison, under a sentence for more than a year, for manslaughter. A bill of exceptions, for the reversal of the judgment, is pending. A divorce was decreed, and the defendant excepted.

*Copeland* and *Quarles*, for the defendant.

*Hill*, for the plaintiff.

DOE, C. J. The defendant's actual imprisonment under the judgment is a cause of divorce. The statute does not recognize the reversible character of such judgments as a reason for suspending their operation in proceedings for divorce. Gen. St., *c.* 163, *s.* 3.

*Exception overruled.*

BINGHAM, J., did not sit.